Same case below, 628 F.3d 1071.

No. 10-9324. Billy Eugene Glodjo, Petitioner v. Patti Webb, Warden.

563 U.S. 965, 131 S. Ct. 2161, 179 L. Ed. 2d 944, 2011 U.S. LEXIS 3264.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 382 Fed. Appx. 429.

No. 10-9325. William Ellis Gilley, Petitioner v. Florida.

563 U.S. 965, 131 S. Ct. 2161, 179 L. Ed. 2d 944, 2011 U.S. LEXIS 3239.

April 25, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 41 So. 3d 913.

No. 10-9326. Sidney Fields, Petitioner v. South Carolina.

563 U.S. 965, 131 S. Ct. 2161, 179 L. Ed. 2d 944, 2011 U.S. LEXIS 3252.

April 25, 2011. Petition for writ of certiorari to the Court of Common Pleas of South Carolina, Charleston County, denied.

No. 10-9342. Lucky Mata, Petitioner v. United States.

563 U.S. 965, 131 S. Ct. 2161, 179 L. Ed. 2d 944, 2011 U.S. LEXIS 3296.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-9467. Arthur I. Radcliff, Petitioner v. Hall Housing Investments, Inc.

563 U.S. 965, 131 S. Ct. 2162, 179 L. Ed. 2d 944, 2011 U.S. LEXIS 3288.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-9502. Eugene E. Bibey, Petitioner v. Steve Franke, Superintendent, Two Rivers Correctional Institution.

563 U.S. 965, 131 S. Ct. 2162, 179 L. Ed. 2d 944, 2011 U.S. LEXIS 3251.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-9508. Lawrence Breedlove, Petitioner v. Dennis Costner, et al.

563 U.S. 965, 131 S. Ct. 2162, 179 L. Ed. 2d 944, 2011 U.S. LEXIS 3219.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 405 Fed. Appx. 338.

No. 10-9520. Lewis Dyer, Petitioner v. Nebraska.

563 U.S. 965, 131 S. Ct. 2163, 179 L. Ed. 2d 944, 2011 U.S. LEXIS 3246.

April 25, 2011. Petition for writ of certiorari to the Court of Appeals of Nebraska denied.